✎JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Braintree, Stoneham, etc.    **Category No.** II    **Investigating Agency** FBI

**City**   Braintree / Stoneham

**County**   Norfolk / Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   NA    Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number   26-mj-6166-MPK

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____   ☐ Yes  ☐ No

Defendant Name   Lestter Guerrero    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1997    SSN (last 4#): ____   Sex: M    Race _____   Nationality: Venezuela

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Kaitlin J. Brown    Bar Number if applicable:   694636

**Interpreter:**   ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**   In ICE custody, Stafford Cty. DOC

**Arrest Date:**   February 7, 2026

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  2/25/2026    Signature of AUSA:   *Kaitlin J. Brown*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Lestter Guerrero _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Bank Theft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**